| AO-10 (WP)<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br><br>GINSBURG, RUTH B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>May 8, 2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___X___ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/08 – 12/31/08 |
| 7. Chambers or Office Address<br><br>Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
| --- | --- | --- |

**A. Filer's Non-Investment Income**

[ ] NONE (No reportable non-investment income.)

| | | |
| --- | --- | --- |
| 1 See Attachment A | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

[ ] NONE (No reportable non-investment income.)

| | |
| --- | --- |
| 1 See Attachment A | |
| 2 | |

**Ginsburg_Ruth_B**

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | See Attachment B | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | See Attachment C | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br>GINSBURG, RUTH B. | Date of Report<br>May 8, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Checking account – Morgan Guaranty Trust Co., NYC | | NONE | N | T | | | | | |
| Checking account – (interest bearing) – PNC Bank, DC | A | INT. | K | T | | | | | |
| | | | | | | | | | |
| JP Morgan Intermediate Tax Free Income Fund | E | INT.<br>(and capital gains) | P1 | T | | | | | |
| JP Morgan Prime Money Market Fund | F | INT. | P1 | T | | | | | |
| | | | | | | | | | |
| Class A shares and Class B shares in AVI Holding Corp. | | NONE | J | W | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GINSBURG, RUTH B. | May 8, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| **12.** | | | | | | | | | |
| **13.** | | | | | | | | | |
| **14.** 7.5500% general partner interest in Wegoma 1974 Associates, which holds a 1.08116% limited partnership interest in Starrett City Associates; this limited partnership constructed and operates a housing project in New York City. | D | rent, int. | M | W | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
   (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
   (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
   (See Col. C2) U=Book value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting GINSBURG, RUTH B. | Date of Report May 8, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 5. 17.5% general partnership interest in Wegama 1975, which holds a 5.660% limited partnership interest in Regency III Associates which constructed and operates an apartment project in Richardson, TX | NONE | | J | W | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. TIAA/CREF Retirement Accounts (including IRA) (contribution made while law school professor and roll-overs to IRAs from other retirement accounts) | A | INT. and CREF portfolio appreciation (accrues in acct. prior to distribution) | P1 | T | partial distrib. | 11/1 | L | F | |
| 9. TIAA/CREF Retirement Accounts (including roll-overs to IRAs from other retirement accounts) | A | INT. and CREF portfolio appreciation (accrues in acct. prior to distribution) | P1 | T | partial distrib. | 11/1 | L | F | |
| 10. Fried, Frank, Harris, Shriver & Jacobson (law firm); Value is cash balance retirement plan account plus funded retirement account at year end | D | INT. (accrues in acct. prior to retirement) | N | T | law firm contrib. | 3/31 | L | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 8, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Martin D. Ginsburg, P.C., a professional corporation (legal services) which is counsel to ried, Frank, Harris, Shriver & acobson (Value is equity value f P.C. plus unfunded retirement ccount at year end) | salary (reflected in answer to Q III) | | P1 | U,W | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | May 8, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. TIAA – CREF Mutual Funds | C | INT. DIV., Appreci-ation | M | T | | | | | |
| 33. TIAA – CREF Mutual Funds | E | INT. DIV., Appreci-ation | O | T | | | | | |
| 34. Loan secured by ▮▮▮▮ of French Civil Real Estate Company, ▮▮▮▮▮▮ Paris, France | E | INT. | O | T | | | | | |
| 35. Loan secured by mortgage on ▮▮▮▮ property, ▮▮▮▮▮ Chicago, IL ▮▮ | E | INT. | O | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GINSBURG, RUTH B. | May 8, 2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   May 8, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

GINSBURG, RUTH B.                                                      5/8/09

# ATTACHMENT A

III. Non-Investment Income

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
| 8/27/08 | Wake Forest School of Law (for participation as Distinguished Lecturer in Law School's summer program in Venice, Italy, July 6-21, 2008) | $9,000 |
| 9/9/08 | Willamette University College of Law (for participation as Distinguished Lecturer in Law School's 125th anniversary program and Atkinson Lecture, in Salem, Oregon, September 11-12, 2008) | $16,830 |
| | Martin D. Ginsburg, P.C. (Professional Corporation —Law Salary) | — |
| | Georgetown University (Professor of Law — Salary) | — |

## ATTACHMENT B

IV. Reimbursements and Gifts

Travel in 2008 (air tickets, lodging, and meals provided by organizations inviting Ruth Bader Ginsburg to participate in professional or educational programs)

| | |
|---|---|
| Forum for the Arts<br>Sanibel, FL | February 7-10 - Speaker at Big Arts Forum |
| National Constitution<br>Center<br>Philadelphia, PA | March 8-9 - Participant in program of Peter Jennings Project for Journalists and the Constitution |
| Alaska Bar Association<br>Anchorage, AK | April 30-May 4 - Speaker at Annual Convention |
| New York University<br>School of Law<br>New York, NY | May 17-18 - Speaker at Anniversary Celebration of Arthur Garfield Hays Civil Liberties |
| Veteran Feminists<br>of America<br>New York, NY | June 9 - Speaker and Award recipient |
| American Bar Association<br>World Justice Forum<br>Vienna, Austria | July 3-6 - Participant and Speaker in Forum sessions |
| Wake Forest<br>School of Law<br>Winston-Salem, NC | July 6-21 - Distinguished Lecturer in summer program in Venice, Italy |
| National Association of<br>Women Judges<br>Chicago, IL | August 28-29 - Participant in Regional Conference |
| Willamette University<br>College of Law<br>Salem, OR | September 11-12 - Distinguished Lecturer in Law School's 125th Anniversary Celebration and Honorary Degree recipient |
| Congregation Beth Israel<br>Portland, OR | September 13-14 - Speaker at 150th Anniversary Celebration |

| | |
|---|---|
| Harvard Law School<br>Cambridge, MA | September 19-20 - Participant and Speaker in<br>Celebration 55: The Women's Leadership Summit |
| Princeton University<br>Princeton, NJ | October 23-24 - John Marshal Harlan Lecturer |
| Columbia Law School<br>New York, NY | October 25-26 - Participant and Speaker in Law School's<br>Sesquicentennial Celebration |
| Supreme Court Historical<br>Society & Historical Society<br>of the Courts of the State of<br>New York<br>New York, NY | October 27 - Participant and Speaker in<br>Ladies of Legend Lecture program |
| American Philosophical<br>Society<br>Philadelphia, PA | November 14-15 - Panelist at Autumn General Meeting |
| The Association of the Bar<br>of the City of New York<br>New York, NY | November 18 - Panelist at Annual Justice<br>Ruth Bader Ginsburg Distinguished Lecture<br>on Women and the Law |

## ATTACHMENT C

V. Other Gifts

      Until passage of Pub. L. No. 110-402, October 13, 2008, I held honorary memberships in two Washington, D.C. clubs, the University Club and the City Tavern Club, and in the Lotos Club of New York City. In response to Pub. L. No. 110-402, I terminated my honorary memberships in these clubs. I resigned from the City Tavern Club on October 6, 2008, and from the University and Lotos Clubs on November 19, 2008. I am now a regular dues paying member of the Lotos Club.

I designated the following:

      $2,000 gift in lieu of compensation for lecturing at Princeton University, October 23-24, 2008, designated to The Signature Theatre. The University is an accredited educational institution and a qualified charity under §501(c)(3) of the Internal Revenue Code.